# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDDIE JAMES SMITH, <br> Petitioner, <br> v. <br> RICK HILL, Warden, <br> Respondent. | Case No. CV 09-07468 AHM (JCG) <br><br> **JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: July 7, 2011

_____
HON. A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE

**JS-6**