JS-6

FILED
CLERK, U.S. DISTRICT COURT
DEC 1 4 2011
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDDIE JAMES SMITH,<br><br>　　　　　Petitioner,<br><br>　　　v.<br><br>RICK HILL, Warden,<br><br>　　　　　Respondent. | Case No. CV 09-7468 AHM (JCG)<br><br>**JUDGMENT** |

　　　IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: December 14, 2011

_____
HON. A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE

1