JS-6

FILED
CLERK, U.S. DISTRICT COURT

DEC 1 4 2011

CENTRAL DISTRICT OF CALIFORNIA
BY                                      DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDDIE JAMES SMITH,<br><br>                    Petitioner,<br><br>          v.<br><br>RICK HILL, Warden,<br><br>                    Respondent. | Case No. CV 09-7468 AHM (JCG)<br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.


DATED: December 14, 2011


_____
HON. A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE